# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 12, 2025

## NO. 03-24-00682-CV

**Trivista Oil Company LLC and Trivista Operating LLC, Appellants**

**v.**

**Fort Apache Energy, Inc., Appellee**

### APPEAL FROM THE 423RD DISTRICT COURT OF BASTROP COUNTY
### BEFORE JUSTICES TRIANA, KELLY, AND THEOFANIS
### AFFIRMED -- OPINION BY JUSTICE THEOFANIS

This is an appeal from the judgment signed by the trial court on October 3, 2024. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.